TARBORO v. JOHNSON; POTTER v. TRANSIT CO., AND MITCHELL v. TRANSIT CO.

PER·CURIAM. The Court being evenly divided in opinion, *Adams, J.,* not sitting, the judgment of the Superior Court is affirmed and stands as the decision in this case without becoming a precedent. *Hillsboro v. Bank et al.,* 191 N. C., 828, 132 S. E., 657.

Affirmed.

---

### TOWN OF TARBORO v. MRS. KATE I. JOHNSON.

(Filed 27 February, 1929.)

CIVIL ACTION, before *Moore, Special Judge,* at October Term, 1928, of EDGECOMBE.

*George M. Fountain for plaintiff.*
*Gilliam & Bond for defendant.*

PER CURIAM. *Connor, J.,* did not sit, and the Court being evenly divided in opinion, the judgment of the Superior Court is affirmed and stands as the decision in this case without becoming a precedent. *Hillsboro v. Bank et al.,* 191 N. C., 828, 132 S. E., 657.

Affirmed.